IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FRANK ISOM,

    Plaintiff,

vs.                                  No. 05-2073-B/P

ILLINOIS CENTRAL RAILROAD
COMPANY d/b/a CANADIAN
NATIONAL ILLINOIS CENTRAL
RAILROAD COMPANY,

    Defendant.

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

Mr. S. Reed Morgan has moved to appear pro hac vice for plaintiff in this action. Mr. Morgan is licensed to practice law in the State of Texas and is a member in good standing of the United States District Court in Texas. For good cause shown, that motion is granted. It is hereby ordered that S. Reed Morgan be admitted pro hac vice and may actively participate in this action before this court.

IT IS SO ORDERED.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

April 26, 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-26-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02073 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

S. Reed Morgan
MORGAN & CHADICK, LLP
P.O. Box 38
Comfort, TX 78013

Mark B. Chadick
MORGAN & CHADICK, LLP
225 West Barraque
Pine Bluff, AR 71601

Kenneth O. Cooper
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Harold W. McLeary
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT