IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
SHELBY COUNTY

FILED BY ___ D.C.

05 SEP 20 PM 4: 10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

FRANK ISOM,
    Plaintiff,

v.

CAUSE NO. 05-2073-BP

ILLINOIS CENTRAL RAILROAD COMPANY d/b/a
CANADIAN NATIONAL ILLINOIS CENTRAL
RAILROAD COMPANY,
    Defendant.

## ORDER

Being advised that the parties have agreed to an extension of 30-day time on which to file their Designation of Experts;

IT IS ORDERED that the deadline for each party to file their Designation of Experts is extended respectively to thirty (30) days. Plaintiff will file his responsive designation on or before November 7, 2005; likewise the Defendant will file its designation on or about December 7, 2005.

SIGNED on this the 20 day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

APPROVED & ENTRY REQUESTED
S. Reed Morgan
Morgan & Chadick, LLP
PO Box 38
Comfort, TX 78013
Telephone (830) 995-2464
Facsimile (830) 995-27287

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-21-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02073 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

---

Mark B. Chadick
MORGAN & CHADICK, LLP
225 West Barraque
Pine Bluff, AR 71601

Kenneth O. Cooper
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Harold W. McLeary
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

S. Reed Morgan
MORGAN & CHADICK, LLP
P.O. Box 38
Comfort, TX 78013

Honorable J. Breen
US DISTRICT COURT