IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
SHELBY COUNTY

FRANK ISOM,

    Plaintiff,

vs.                                       Civil Docket No. 05-2073-BP

ILLINOIS CENTRAL RAILROAD
COMPANY, d/b/a CANADIAN NATIONAL
ILLINOIS CENTRAL RAILROAD
COMPANY,

    Defendant.

---

### ORDER GRANTING JOINT COMBINED MOTION AND MEMORANDUM IN SUPPORT THEREOF FOR AMENDMENT OF SCHEDULING ORDER AND ENLARGEMENT OF TIME

This cause came to be heard upon the Joint Combined Motion of the parties by and through undersigned counsel and pursuant to Rule 16 of the Federal Rules of Civil Procedure, for an Order approving its Amended Scheduling Order as reflected in the records and attached hereto as Exhibit A.

**IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED,** that the parties Joint Combined Motion and Memorandum in Support Thereof for Amendment of Scheduling Order and Enlargement of Time is therefore granted.

THE HONORABLE J. DANIEL BREEN
DISTRICT COURT JUDGE

Date: 11/18/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-21-05 

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02073 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Mark B. Chadick
MORGAN & CHADICK, LLP
225 West Barraque
Pine Bluff, AR 71601

Kenneth O. Cooper
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

S. Reed Morgan
MORGAN & CHADICK, LLP
P.O. Box 38
Comfort, TX 78013

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Harold W. McLeary
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT