IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
SHELBY COUNTY

FRANK ISOM,

    Plaintiff,

vs.                                                  Civil Docket No. 05-2073-BP

ILLINOIS CENTRAL RAILROAD
COMPANY, d/b/a CANADIAN NATIONAL
ILLINOIS CENTRAL RAILROAD
COMPANY,

    Defendant.

## ~~PROPOSED~~ AMENDED SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the following Scheduling Order is issued by the Court:

1. COMPLETING ALL DISCOVERY: May 30, 2006
   (Including document production, depositions, interrogatories, requests for production, and requests for admissions, depositions of expert witnesses)

2. DISCLOSURE OF PLAINTIFF'S EXPERT WITNESSES: March 10, 2006

3. DISCLOSURE OF DEFENDANT'S EXPERT WITNESSES: April 10, 2006

4. FILING DISPOSITIVE MOTIONS: June 30, 2006

5. OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the

time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This cause is set for trial, and the trial is expected to last 3-5 day(s). The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case may be appropriate for ADR. The parties are directed to explore the possibility of attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 7.2(A), all motions, except motions pursuant to Fed.R.Civ.P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS ORDERED.

SIGNED and DATED THIS ___ day of ___November___, 2005.

TU M. PHAM,
UNITED STATES ~~MAGISTRATE~~ JUDGE
District

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02073 was distributed by fax, mail, or direct printing on November 22, 2005 to the parties listed.

---

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

S. Reed Morgan
MORGAN & CHADICK, LLP
P.O. Box 38
Comfort, TX 78013

Harold W. McLeary
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Kenneth O. Cooper
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Mark B. Chadick
MORGAN & CHADICK, LLP
225 West Barraque
Pine Bluff, AR 71601

Honorable J. Breen
US DISTRICT COURT