IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FRANK ISOM,

    Plaintiff,

vs.                                   No. 05-2073-B

ILLINOIS CENTRAL RAILROAD COMPANY
d/b/a CANADIAN NATIONAL ILLINOIS
CENTRAL RAILROAD COMPANY,

    Defendant.

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

Mr. David Singelstad has moved to appear pro hac vice for plaintiff in this action. Mr. Singelstad is licensed to practice law in the State of California and is a member in good standing of the Supreme Court and United States District Court in California. For good cause shown, that motion is granted. It is hereby ordered that David Singelstad be admitted pro hac vice and may actively participate in this action before this court.

IT IS SO ORDERED.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

12/20/05
_____
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-21-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CV-02073 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Mark B. Chadick
MORGAN & CHADICK, LLP
225 West Barraque
Pine Bluff, AR 71601

S. Reed Morgan
MORGAN & CHADICK, LLP
P.O. Box 38
Comfort, TX 78013

Harold W. McLeary
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Kenneth O. Cooper
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

David Singelstad
MORGAN & CHADICK, LLP
P.O. Box 38
Comfort, TX 78013

Honorable J. Breen
US DISTRICT COURT